■ ROBERT N. LANE et al., Respondents, v MANFRED MENZ, Appellant, et al., Defendants. — Order, Supreme Court, New York County, entered on September 26, 1980, unanimously affirmed on the opinion of Nadel, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Birns, J.P., Sullivan, Markewich, Bloom and Fein, JJ.

■ NEDERLANDER THEATRICAL CORPORATION v C.A.M.S. HOTEL CORPORATION. — Motion to dismiss appeal for lack of jurisdiction granted with $20 costs. Concur — Murphy, P.J., Kupferman, Sandler, Ross and Silverman, JJ.

### (May 21, 1981)

■ In the Matter of the Estate of PHILIP FRIED, Deceased. PATRICIA F. NEMENY et al., Appellants; JOSEPH B. BLUM et al., Respondents. — Decree, Surrogate's Court, New York County, entered on or about July 23, 1980, unanimously affirmed on the opinion of Midonick, S., at Surrogate's Court, with $75 costs and disbursements of this appeal to each party appearing separately and filing separate briefs, payable out of the estate and without prejudice to petitioner Laurie Nemeny Estep to pursue remedies which may accrue if her interest vests. Concur — Murphy, P.J., Birns, Sandler, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TRAVIS, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on January 29, 1980, unanimously affirmed. By reason of resentence the judgment of said court rendered on April 9, 1979 was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Murphy, P.J., Birns, Sandler, Bloom and Fein, JJ.